IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

JUL 18 2006

Civil Action No. **06-CV-01389**-BNB   GREGORY C. LANGHAM
                                                              CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JASON ROBERTSON #060-4641

    Plaintiff,

v.

MAYOR OF CENTENNIAL RANDY PYE,
AURORA COUNTY COMMISIONERS [sic] - BERNIE ZIMMER,
CORRECTIONAL HEALTHCARE MANAGEMENT,
ELAINE MEYERS, HSA,
DR. SCHLEGEL,
NURSE TIM,
NURSE LAURA AND COMPLETE MEDICAL STAFF,
CLASSIFICATION DEPT/NANCY SIVIKMLLNGER,
AURORA CITY GOVERNMENT,
MAYOR ED TAUR,
AURORA POLICE DEPT. AND CHIEF OF POLICE,
CHIEF OATS,
JOHN DOE + DANE DOE 1-500,
18TH JUDICIAL PUBLIC DEFENDER OFFICE,
DAN KAPLAN,
JOHN DOE + JANE DOE 1-100,
18TH JUDICIAL OFFICE OF THE DISTRICT ATTORNEY JOHN DOE + JANE DOE 1-
    100,
PATRICK SULLIVAN,
DETENTION FACILITY,
SHERIFF J. GRAYSON ROBINSON,
CAPTAIN BAY,
CHIEF LAUDERDALE,
D/S BEATTY,
D/S C. CORLE,
D/S FINGER,
DS DIRDON,
DS ELDRIDGE,
DS KLINE,
LT. HARTMAN,
SGT. THOMPSON,

PRETRIAL RELEASE SERVICES,
KIM MARTINEZ,
JUDGE CHRISTINE CHANCHE,
ARAMARK FOOD SERVICES,
EDDIE CILMORE,
MAURICE WOMACK,
DIETICIAN JANE STANDISH,
MAILROOM,
LT. MANOS, and
LAW LIBRARY SHEILA CLARKE, all the above defendants in their official and
   individuals capacity and the unknown ones at this time to be named at a later
   date,

   Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

2

**Complaint, Petition or Application:**

(10) _X_ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 17th day of July, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06-CV-01389**-BNB

Jason Robertson
Reg. No. 060-4641
Arapahoe County Det. Facility
P.O. Box 4918
Englewood, CO 80155

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 7-18-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk