IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01389-ZLW

JASON D. ROBERTSON,

    Plaintiff,

v.

MAYOR OF CENTENNIAL RANDY PYE,
ARAPAHOE COUNTY COMMISSIONERS – BERNIE ZIMMER,
CORRECTIONAL HEALTHCARE MANAGEMENT,
ELAINE MEYERS, HSA,
DR. SCHLEGEL,
NURSE TIM GOSS,
NURSE LAURA IVERSON AND COMPLETE MEDICAL STAFF,
CLASSIFICATION DEPT/NANCY SIVIK MH/MGR,
AURORA CITY GOVERNMENT,
MAYOR ED TAUER,
AURORA POLICE DEPT. JON DOE & JANE DOE 1-500,
AURORA CHIEF OF POLICE – DANIEL OATS,
18TH JUDICIAL PUBLIC DEFENDERS OFFICE – COLORADO,
JON DOE & JANE DOE 1-100,
DAN KAPLAN,
18TH JUDICIAL OFFICE OF DISTRICT ATTORNEY JON DOE & JANE DOE 1-100,
PATRICK R. SULLIVAN, JR., DETENTION FACILITY,
SHERIFF J. GRAYSON ROBINSON,
CAPTAIN BAY,
CHIEF LAUDERDALE,
D/S BEATTY,
D/S CARLE,
D/S FINGER,
D/S BIDON,
D/S ELLIGE,
D/S CLINE,
LT. HARTMAN,
SGT. THOMPSON,
PRE-TRIAL RELEASE SERVICES,
KIM MARTINEZ,
JUDGE CHRISTINE CHAUCHE,
ARAMARK FOOD SERVICES,
EDDIE CILMORE,
MAURICE WOMACK,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 5 - 2006

GREGORY C. LANGHAM
           CLERK

DIETICIAN JANE STANDISH,
MAILROOM,
LT. MANOS, and
LAW LIBRARY SHEILA CLARK,

    Defendants.

## ORDER VACATING ORDER AND JUDGMENT OF DISMISSAL

In an Order and Judgment of Dismissal filed on September 25, 2006, the Court dismissed the instant action because Plaintiff Jason D. Robertson failed to pay the initial partial filing fee. On September 29, 2006, Mr. Robertson filed ***pro se*** a letter to the Court stating that the initial partial filing fee in this action was paid in August 2006. Mr. Robertson is correct that the initial partial filing fee in this action was paid on August 24, 2006, although for some reason that information was not entered on the docket until September 27, 2006. Therefore, the Order and Judgment of Dismissal entered in this action will be vacated. Accordingly, it is

ORDERED that the Court's Order and Judgment of Dismissal filed in this action on September 25, 2006, is vacated.

DATED at Denver, Colorado, this 4 day of Oct, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01389-BNB

Jason Robertson
Prisoner No. 20060004641
Arapahoe County Det. Facility
P.O. Box 4918
Englewood, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  10-5-06

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk